IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER REGENAUER,

                Plaintiff,

      v.                                      Case No. 20-cv-153-jdp

TOWN OF BELOIT and
RONALD NORTHROP,

                Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Town of Beloit and Ronald Northrop against plaintiff Christopher Regenauer dismissing this case.

Approved as to form this _16th_ day of July, 2021.


  s/ James D. Peterson
_____
James D. Peterson
District Judge


  s/ Peter Oppeneer                        7/16/2021
_____     _____
Peter Oppeneer                             Date
Clerk of Court